UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Hon. Charles R. Breyer)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:15-CR-00234-CRB |
| Plaintiff, | ) [~~Proposed~~] |
| vs. | ) **Court Order** |
| ARMAN ZARGARYAN, | ) |
| Defendant. | ) |

### ORDER TO TERMINATE SUPERVISED RELEASE

This matter comes before the Court upon Defendant Zargaryan's Unopposed Application to Terminate Supervised Release. The Court, having examined said motion and being fully advised, makes the following findings:

1. Such action is warranted by the conduct of the Defendant and the interest of justice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendant Arman Zargaryan's "Unopposed Application to Terminate Supervised Release" is hereby GRANTED.

Dated: January 14, 2026

IT IS SO ORDERED,

_____
Hon. Charles R. Breyer
United States District Court